In the Matter of the Application of the GRADE CROSSING COMMISSIONERS OF THE

---

* Now Civ. Prac. Act, § 1160.— [REP.

CITY OF BUFFALO for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Lands, etc., Claimed to Be Owned by BARCALO MANUFACTURING COMPANY and Others. (Proceeding No. 126.) — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.